Josephine Gervais
Name

4400 Montgomery apt K112
Address
Alb. NM 87109

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 JUN 29 AM 11: 02

CLERK-ALBUQUERQUE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

Josephine Gervais , Plaintiff
(Full Name)

CASE NO. 18CV0614-JHR

(To be supplied by the Clerk)

v.

Alb. Regional FBI , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1)  Josephine Gervais , is a citizen of New Mexico
    (Plaintiff)                                              (State )
    who presently resides at 4400 Montgomery K-112  Alb. NM 87109
                              (Mailing address or place of confinement)

2)  Defendant Alb. Regional FBI                      is a citizen of
              (Name of first defendant)
    Alb.   NM                                     , and is employed as
    (City, State)
    FBI personnel                        . At the time the claim(s)
    ( Position and title, if any)
    alleged in this complaint arose, was this defendant acting under color of state law?
    Yes ☐     No ☐   If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of
                     (Name of second defendant)

_____ , and is employed as
                     (City, State)

_____ · At the time the claim(s)
                ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐    No ☐    If your answer  is "Yes", briefly explain:


(Use the back of this page to furnish the above information for additional
defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you
wish to assert Jurisdiction under different or additional statutes, you may list them
below.)


## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

In late 2016-mid 2017 Alb. Regional FBI
Subliminally messaged to cause a stillborn through
mind control techniques and hypnosis. A stillborn is
what I had. These days, since the stillborn I have
been put through subliminal messages to feel
physically raped and I suffer rape trauma pangs
throughout the day.


XE-     2/7                        -2-

## C.  CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  Stalking

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

The surviellance of me ~~that~~ was not work related. Illegal usage of technologies that send subliminal noise in to the unconcious mind. The doings of these two things was stalking and since their effect was in my home, trespassing.

B)(1)  Count II:  Sexual Abuse

(2)  Supporting Facts:

The subliminal messages, which are accessible to govt. officials to mind control or distract a (terrorist, drug dealer ect...) until they can get to them, were instead used illegally to make me hear racist words, insults, and feel like women were raping me.

XE-2 2/78                                                      -3-

C)(1) Count III: Fetal homicide

(2) Supporting Facts:

The subliminal messages, some out of concious hearing range, and some hearable conciously, were sent to my unconcious mind to try to hypnotize + mind control me until I experienced bouts of no free will and hurt myself at times during pregnancy causing a stillborn.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

I have called and emailed the Attorney General and Inspector General asking that they deny all Bureau and CIA personnel from accessing my technological devices.(tv. stereo, phone, etc.) They have not yet responded back.

## E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A restraining order to protect technologies of mine and in my vicinity from being accessed by FBI or CIA or any govt. organization to be enforced by Attn. General and General Inspector. The imprisonment of govt. personnel guilty of these crimes against me. A financial compensation for emotional damages, the amount to be determined by a judge.

_____          _____
Signature of Attorney (if any)                Signature of Petitioner


Attorney's full address and telephone number.

XE-2    2/78                          - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.


Executed at  _____  on  _____  20____
                        (Location)                    (Date)

                        _____
                                        (Signature)


XE-2   2/78                    - 6 -